# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| NELSON ALBERTO ROCHA, | ) | No. ED CV 12-01194-VBF-LAL |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| LELAND MCEWEN, | ) | |
| Respondent. | ) | |

Pursuant to this Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the Habeas Corpus Petition, Dismissing the Action with Prejudice, and Denying a Certificate of Appealability, **final judgment is hereby entered in favor of the respondent and against petitioner Nelson Alberto Rocha.**

DATED: September 30, 2015

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE